In the Matter of the Claim of Theresa Angelino, Respondent, v. 660 Park Avenue Corporation et al., Appellants. Workmen's Compensation Board, Respondent.— Staley, Jr., J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.